UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DUKE OF EARLE, LORIMAR MUSIC | § | |
| A CORP., PRIMARY WAVE EARLE, | § | |
| J. ALBERT & SON (USA) INC., | § | |
| BROOKLYN DUST MUSIC, | § | CIVIL ACTION NO. |
| UNIVERSAL-POLYGRAM | § | |
| INTERNATIONAL PUBLISHING, INC. | § | C-10-00024 |
| and EXPERIENCE HENDRIX, L.L.C., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| IRFAN KARDAS, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

The undersigned counsel of record certifies that the following listed parties have an interest in the outcome of this case.  These representations are made in order that the judges of this court may evaluate possible disqualifications or recusal.

> Duke of Earle
> Lorimar Music A Corp.
> Primary Wave Earle
> J. Albert & Son (USA) Inc.
> Brooklyn Dust Music
> Universal-Polygram International Publishing, Inc.
> > (wholly owned by Universal Music Group, which in turn is wholly owned by Vivendi S.A., a publicly held foreign corporation) (trading symbol:  VIV.PA)
> Experience Hendrix, L.L.C.
> American Society of Composers, Authors & Publishers ("ASCAP")
> Jeff A. McDaniel, Esq.
> Daffer McDaniel LLP
> Irfan Kardas

s/Jeff A. McDaniel
Jeff A. McDaniel
Southern District No. 17,447
State Bar No. 13518020
DAFFER MCDANIEL LLP
700 Lavaca Street, Suite 720
Austin, Texas  78701-3119
(512) 703-1252 (voice)
(512) 703-1250 (facsimile)

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2010, a true and correct copy of the foregoing Plaintiffs' Certificate of Interested Parties was sent via first class mail, postage prepaid, to Defendant as follows:

Irfan Kardas
c/o The Pelican Lounge
14330 South Padre Island Drive
Corpus Christi, Texas  78418

Gordon B. Morgan, Esq.
The Morgan Law Offices
P.O. Box 23004
Corpus Christi, TX 78403-3004

s/Jeff A. McDaniel